DISMISS; Opinion Filed January 31, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00010-CR

## CHRISTOPHER GARCIA, Appellant
## V.
## THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F12-00570-Y

## MEMORANDUM OPINION
Before Justices FitzGerald, Fillmore, and Evans
Opinion by Justice FitzGerald

Christopher Garcia was convicted of injury to a child causing serious bodily injury. Pursuant to a plea agreement, the trial court sentenced appellant to life imprisonment. Appellant waived his right to appeal in conjunction with the plea agreement. *See Blanco v. State*, 18 S.W.3d 218 (Tex. Crim. App. 2000). The trial court certified that appellant does not have the right to appeal. *See* TEX. R. APP. P. 25.2(d); *Dears v. State*, 154 S.W.3d 610, 614–15 (Tex. Crim. App. 2005). The Court has before it the State's January 14, 2013 motion to dismiss the appeal for want of jurisdiction. Appellant did not respond to the motion. We grant the State's motion.

We dismiss the appeal for want of jurisdiction.

KERRY FITZGERALD
JUSTICE

Do Not Publish
Tex. R. App. P. 47
130010F.U05

2



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

Christopher Garcia, Appellant

No. 05-13-00010-CR     V.

The State of Texas, Appellee

On Appeal from the Criminal District Court
No. 7, Dallas County, Texas
Trial Court Cause No. F12-00570-Y.
Opinion delivered by Justice FitzGerald,
Justices Fillmore and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered January 31, 2013.

KERRY P. FITZGERALD
JUSTICE